CATHERINE C. MITCHILL, Respondent, *v.* CHARLES LATH et al., Appellants.

(Submitted April 9, 1928; decided April 13, 1928.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 247 N. Y. 377.)